UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXCAS
SHERMAN DIVISION

| | |
|---|---|
| JANET TOTH, § § § *Plaintiff*, § § v. § § SPECIALIZED SECURITY § SERVICES, INC. § § *Defendant.* § | CIVIL ACTION NO. 4:21-cv-00543 |

**PLAINTIFF'S MOTION FOR UNOPPOSED DISMISSAL**

**TO:**  THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiff, by and through her undersigned counsel and files this Notice of Voluntary Dismissal under F.R.C.P 41(a)(1) in support of same Plaintiff would respectfully show the Court as follows:

1. Plaintiff's Original Complaint and Jury Demand was filed on July 14, 2021.

2. Defendant was served and the parties agreed to attend mediation.

3. Defendant has not served either an answer or a motion for summary judgment.

4. The parties have resolved their dispute and entered into a mutual settlement agreement.

5. Plaintiff files this motion for unopposed dismissal with the intention of dismissing the case under F.R.C.P 41(a)(1) with prejudice to refiling.

Thus, this action is dismissed with prejudice to refiling each party to bear their own costs.

Respectfully submitted,

_____
Jane Legler
Texas Bar No. 03565820
Christine Neill
Texas Bar No. 00796793
Kyla Gail Cole
Texas Bar No. 24033113

Neill Legler Cole PLLC
3300 Oak Lawn Ave., Ste. 425
(214) 748-7777
(214) 748-7778 (facsimiles)
Christine@nlcemployeelaw.com
Jane@nlcemployeelaw.com
Kyla@nlcemployeelaw.com


**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The Parties agree on the subject matter of this motion.

_____
Kyla Cole

## CERTIFICATE OF SERVICE

      This will certify that on the 30th day of September 2021, a true and correct copy of the foregoing document was forwarded for service to Defendant's attorney via email.

Robert L. Rickman
Mayer LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
T: 214-379-6900 / F: 214-379-6939

_____
Kyla Cole